UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
City of Dearborn Heights,

      Plaintiff(s),  19 CV 6514 (LAP)

  -against-      ORDER

Diebold Nixdorf, Incorporated

      Defendant(s).
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

  Counsel shall confer and inform Judge Preska by letter no later than August 23, 2022 of the status of the action/remaining claims/defendants.

SO ORDERED.

              _____
              LORETTA A. PRESKA,
              Senior U.S.D.J.

Dated: August 16, 2022
New York, New York