UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF DEARBORN HEIGHTS ACT 345 POLICE & FIRE RETIREMENT SYSTEM,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>DIEBOLD NIXDORF, INC., ET AL.,<br><br>　　　　　　　Defendants. | No. 19 CV 6514 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

**SO ORDERED.**

Dated:　　August 22, 2022
　　　　　　New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1